Núm. 7727.—Padilla, apldo. *v.* Comisión Industrial, etc., apltes. —C.D. San Juan. *Mandamus.* Enero 20, 1939.

Por los fundamentos consignados en la opinión emitida en el caso núm. 7728, *José Torres Vázquez, demandante y apelado* v. *La Comisión Industrial de Puerto Rico, etc., demandados y apelantes,* resuelto en el día de hoy (ante, pág. 111), se confirma la sentencia apelada que en el presente caso dictó la Corte de Distrito de San Juan el día 8 de diciembre de 1937.

El Juez Presidente Sr. Del Toro no intervino.